# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Nabors Radiator & Electric*
Attn:   J.R. Nabors, Sr.
617 25th Street South
Birmingham, AL 35233

_____
Mary E. Augustine (No. 4477)

619646v1